MFA: USAO# 2025R00439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENT ROBERT GOETZ,<br><br>Defendant. | CRIMINAL NO. ABA-25-321<br><br>(Possession of Firearm Not Registered on the National Firearm Registration and Transfer Act, 26 U.S.C. § 5861(d), Transportation of Explosive Materials with Intent to Kill, Injure, and Intimidate, 18 U.S.C. § 844(d) Forfeiture, 18 U.S.C. §§ 844(c) and 982(a)(2)(B), 26 U.S.C. § 5872, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

#### General Allegations

At all times material to this indictment:

1. Defendant **BRENT ROBERT GOETZ** ("**GOETZ**") was born in 2002, and resided in Baltimore, Maryland.

2. The National Firearms Act ("NFA") was a statute enacted by Congress in 1934 that required, in pertinent part, the registration of all NFA firearms with The National Firearm Registration and Transfer Record ("NFRTR").

3. The NFRTR was the central registry of all NFA firearms in the U.S. which are not in the possession or under the control of the U.S. Government. The NFRTR is maintained by the Bureau of Alcohol, Tobacco, and Firearms ("ATF").

4. Firearms, as defined by the NFA, included machine guns, short-barreled rifles, short-barreled shotguns, silencers, destructive devices, and any other weapon.

1

5. A destructive device was defined by the NFA as (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellent charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device; (2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter, except a shotgun or shotgun shell which the Secretary finds is generally recognized as particularly suitable for sporting purposes; and (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled.

6. An explosive, pursuant to 18 U.S.C. 844(j), includes gunpowders, powders used for blasting, all forms of high explosives, blasting materials, fuzes (other than electric circuit breakers), detonators, and other detonating agents, smokeless powders, other explosive or incendiary devices within the meaning of paragraph (5) of section 232 of this title, and any chemical compounds, mechanical mixture, or device that contains any oxidizing and combustible units, or other ingredients, in such proportions, quantities, or packing that ignition by fire, by friction, by concussion, by percussion, or by detonation of the compound, mixture, or device or any part thereof may cause an explosion.

## COUNT ONE
(Possession of National Firearms Act Firearm Not Registered on the
National Firearm Registration and Transfer Record)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 5 of the General Allegations of this Indictment are specifically referenced and incorporated herein.

2. On or about April 27, 2025, in the District of Maryland, the defendant,

**BRENT ROBERT GOETZ,**

knowingly received and possessed a firearm, that is, a Tag 67 Airsoft Hand Grenade, a destructive device, as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. §§ 5841, 5861(d), 5871

## COUNT TWO
(Transportation of Explosive Materials with Intent to Kill, Injure, and Intimidate)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 and 6 of the General Allegations of this Indictment are specifically referenced and incorporated herein.

2. On or about April 27, 2025, in the District of Maryland, the defendant,

**BRENT ROBERT GOETZ,**

transported, received and attempted to transport and receive in interstate and foreign commerce, explosive materials, to wit, one Tag 67 Airsoft Hand Grenade, an explosive, with knowledge and intent that the said explosive materials would be used to kill, injure, and intimidate any individual.

18 U.S.C. § 844(d)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 844(c) and 982(a)(2)(B), 21 U.S.C. § 853(p), and 26 U.S.C. § 5872 in the event of the defendant's conviction on the offenses charged in Counts One and Two of this Indictment.

### Firearm Forfeiture

2. Upon conviction on any of the offenses alleged in Count One, the defendant,

**BRENT ROBERT GOETZ**

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872:

    a. any firearm described in Title 26, United States Code, Chapter 53.

### Explosives Forfeiture

3. Upon conviction of the offense alleged in Count Two, the defendant,

**BRENT ROBERT GOETZ**

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 844(c) and 982(a)(2)(B):

    a. any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any explosive materials involved or used or intended to be used in any violation of any criminal law of the United States.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(a)(2)(B) and 26 U.S.C. § 5872.

18 U.S.C. §§ 844(c) and 982(a)(2)(B)
26 U.S.C. § 5872
21 U.S.C. § 853(p)

_Kelly O. Hayes /MFA_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

10/22/25
Date